UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELBA S. MARIN, TRUSTEE OF THE MELBA S. MARIN TRUST, UNDER TRUST INSTRUMENT DATED JUNE 30, 1988 FOR THE BENEFIT OF MELBA S. MARIN, and MELBA S. MARIN, individually,<br><br>                    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., FIRST AMERICAN TITLE CO-NEVADA; AMERICAN SECURITIES COMAPNY OF NEVADA; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK, N.S. FKA WELLS FARGO HOME MORTGAGE, INC., FKA NORTHWEST MORTGAGE, INC.; STANLEY S. SILVA; TICOR TITLE; AZTEC FORECLOSURE CORPORATION; SRMOF 2001-1 TRUST; FIRST AMERICAN TITTLE; AUGUSTINE A. JIMENEZ, et al.,<br><br>                    Defendants. | Case No. 3:11-cv-00286-ECR-VPC<br><br>ORDER |

Defendant Aztec Foreclosure Corporation filed a Notice of Bankruptcy Stay as to Plaintiff Melba S. Marin on June 29, 2011 (Doc. # 14).  The Notice of Bankruptcy Stay (Doc. # 14) does not indicate that the Melba S. Marin Trust, under Trust Instrument dated June 30, 1988 for the Benefit of Melba S. Marin has filed for bankruptcy.

1  Therefore, IT IS ORDERED that this action is stayed as to Plaintiff Melba
2  S. Marin individually.  IT IS FURTHER ORDERED that the case is not stayed
3  as to Plaintiff Melba S. Marin Trust, under Trust Instrument dated June 30, 1988
4  for the Benefit of Melba S. Marin, and the case will proceed as to Plaintiff Melba
5  S. Marin Trust, under Trust Instrument dated June 30, 1988 for the Benefit of
6  Melba S. Marin.

8  Dated this 1st day of July 2011.

_____
EDWARD C. REED
UNITED STATES DISTRICT JUDGE

2